UNITED STATES of America, Appellant, v. STATE OF MINNESOTA et al.

No. 12610.

Circuit Court of Appeals, Eighth Circuit.

May 8, 1943.

Victor E. Anderson, U. S. Atty., of St. Paul, Minn., and C. U. Landrum, Sp. Asst. U. S. Atty., of Detroit Lakes, Minn., for appellant.

J. A. A. Burnquist and Mandt Torrison, both of St. Paul, Minn., and Stinchfield, Mackall, Crounse & Moore, of Minneapolis, Minn., for appellees.

PER CURIAM.

Appeals dismissed without costs, on motion of appellant.

Homer Eugene WHITE v. UNITED STATES of America.

No. 2731.

Circuit Court of Appeals, Tenth Circuit.

April 20, 1943.

J. D. Mell, of Santa Fe, N. M., and Tom S. Williams, of Sulphur Springs, Tex., for appellant.

Howard F. Houk, U. S. Atty., of Santa Fe, N. M., for appellee.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Appeal dismissed on motion of appellee for failure to prosecute.

David Washington WILBANKS, Appellant, v. UNITED STATES of America, Appellee.

No. 10658.

Circuit Court of Appeals, Fifth Circuit.

May 28, 1943.

J. T. Sisk, of Elberton, Ga., for appellant.

T. Hoyt Davis, U. S. Atty., and Chas. W. Walker, Asst. U. S. Atty., both of Macon, Ga., for appellee.

Before HUTCHESON and WALLER, Circuit Judges, and COX, District Judge.

PER CURIAM.

The appeal has not been timely filed and prosecuted. It should be dismissed unless it has merits requiring the exercise of this court's discretion to permit its late filing and prosecution. A careful examination of the record discloses no merit in it. The motion is granted. The appeal is dismissed.